

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-15-00105-CV
_____

IN THE INTEREST OF L.C., A CHILD

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2012-502,200; Honorable William R. Eichman II, Presiding

April 15, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, D.C., filed a notice of appeal from the trial court's order modifying the parent-child relationship. By letter dated March 24, 2015, the Clerk of this Court advised D.C. that a filing fee of $195 was overdue and noted that failure to submit payment within ten days would subject the appeal to dismissal pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure.

D.C. has not responded, paid the filing fee, nor made other arrangements for the discharge of the clerk's filing fee. See TEX. R. APP. P. 12.1(b). Unless a party is

excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the Texas Supreme Court when an item is presented for filing. *See id.* at 5, 12.1(b). Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. *Id.* at 25.1(b).

Accordingly, this appeal is dismissed for failure to comply with a directive from this Court requiring action within a specified time. *Id.* at 42.3(c).

Per Curiam